

Posting Date 2013 Apr 02 Posting Check Number 9008 Amount $1,034.05



Posting Date 2013 Apr 02 Posting Check Number 9008 Amount $1,034.05



Posting Date 2013 Apr 02 Posting Check Number 9003 Amount $7,724.23

Posting Date 2013 Apr 02 Posting Check Number 9003 Amount $7,724.23



Posting Date 2013 Apr 02 Posting Check Number 9002 Amount $10,000.00



Posting Date 2013 Apr 02 Posting Check Number 9002 Amount $10,000.00

**Exhibit "1"**